**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

UNITED STATES OF AMERICA
                                        Plaintiff,

v.                                                      Case No.: 1:26–cr–00199
                                                        Honorable M. David Weisman


                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 8, 2026:


        MINUTE entry before the Honorable M. David Weisman as to Vladimir Sklarov: Based on the status report [12], the defendant is scheduled to arrive to the Southern District of New York by 6/16/26. Status hearing set for 6/10/26 is stricken and reset to 6/23/26 at 9:15 a.m. to ensure Defendant has been removed to the Southern District of New York. The Government shall file a status report by noon on 6/18/26 advising whether Defendant has been removed to the Southern District of New York and appeared before a Judge in that district. Mailed notice (ao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.